**No. 53574.**—Geigy & Company, Inc. *v.* United States, protests 148562–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the product is a color or dye, soluble in water, used for blueing textiles, principally bleached cotton cloth, making it whiter, and that it is obtained, derived, or manufactured, in whole or in part, from toluene, a product provided for in paragraph 1651. The established facts bring the merchandise in question within the provision in paragraph 28 (a), as amended. The claim of the plaintiff was therefore sustained.